# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**DONALD NEWELL, JR.,**                                    **JUDGMENT IN A CIVIL CASE**

**Petitioner,**

**v.**                                                                      **09-cv-076-bbc**

**STATE OF WISCONSIN,**

**Respondent.**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition is DISMISSED WITHOUT PREJUDICE for petitioner's failure to exhaust his state court

remedies.

**PETER A. OPPENEER**
_____
**Peter A. Oppeneer, Clerk**


**Connie A. Korth**                                          _____2/12/09_____
**by Deputy Clerk**                                                    **Date**